JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLISTINE GAYMON, | ) | Case No. EDCV 14-1369-KK |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED.

Dated: March 31, 2015

_____

Hon. Kenly Kiya Kato
United States Magistrate Judge